UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BETHANY ABIGAIL TERRILL,<br><br>Defendant | ) Criminal No.  26cr10073<br>)<br>) Violation:<br>)<br>) Count One: Influencing, Impeding, or<br>) Retaliating Against a Federal Official by<br>) Threatening<br>) (18 U.S.C. §§ 115(a)(1)(B) and (b)(4)) |

INDICTMENT

COUNT ONE
Influencing, Impeding, or Retaliating Against a Federal Official by Threatening
(18 U.S.C. §§ 115(a)(1)(B) and (b)(4))

The Grand Jury charges:

On or about September 29, 2025, in the District of Massachusetts, the defendant,

BETHANY ABIGAIL TERRILL,

threatened to assault and murder a federal law enforcement officer, with the intent to impede,

intimidate, and interfere with such law enforcement officer while engaged in the performance of

official duties, and with intent to retaliate against such law enforcement officer on account of the

performance of official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

A TRUE BILL

FOREPERSON

LUKE A. GOLDWORM
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 19, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 4:16pm

DEPUTY CLERK