AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Bethany Abigail Terrill

*Defendant*

Case No. 1:26-CR-10073-FDS

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/01/2026

*Defendant's signature*

*Signature of defendant's attorney*

ELIZA JIMENEZ

*Printed name of defendant's attorney*

*Judge's signature*

F. DENNIS SAYLOR U.S.D.J.

*Judge's printed name and title*